# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 07-2629

_____

| | | |
|---|---|---|
| Erma Evans, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Eastern District of Arkansas. |
| State Farm Fire & Casualty Company, | * | |
| | * | [UNPUBLISHED] |
| Appellee, | * | |
| | * | |
| Bob Hamilton, | * | |
| | * | |
| Defendant. | * | |

_____

Submitted: December 3, 2008
Filed:  December 22, 2008

_____

Before MELLOY, COLLOTON, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Erma Evans appeals the district court's[1] adverse grant of partial summary judgment in her diversity lawsuit seeking insurance benefits and punitive damages for, inter alia, bad faith and negligence.  After viewing the record de novo, see Jacob-Mua v. Veneman, 289 F.3d 517, 520 (8th Cir. 2002), we conclude that summary judgment

_____

[1]The Honorable James M. Moody, United States District Judge for the Eastern District of Arkansas.

was proper.  Accordingly, we affirm the judgment of the district court.  <u>See</u> 8th Cir. R. 47B.

_____